*E-Filed 6/24/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF SURI PREMKUMAR | Case No. CR09-90301 MISC JF (RS)<br><br>ORDER REGARDING FINGERPRINTING OF DEFENDANT IN CUSTODY |

_____\\

Defendant is in custody pending extradition to India. This matter came on for hearing in connection with defendant's request to have his fingerprints taken for purposes of maintaining his legal permanent resident status upon his extradition from the United States. The record reflects that the United States Customs and Immigration Service requires that such fingerprinting be done electronically at one of its service facilities. The Court finds that the defendant's legal permanent resident status is directly impacted by the pending extradition proceeding in that his failure to provide the requisite fingerprints prior to his removal from the United States may affect that status. Accordingly, the contemplated fingerprinting process is related to these proceedings.

IT IS, THEREFORE, ORDERED:

(1) That the United States Marshal Service shall transport the defendant in custody to the United States Customs and Enforcement Service Application Service Center at 122 Charcot Avenue, San Jose, CA 95131, for the sole purpose of providing his fingerprints to officials of that office;

(2) That the United States Marshal Service is to accomplish this transport described in Section (1) above only to the extent that it is consistent with the law enforcement staffing requirements of the United States Marshal Service; and

(3) That the completion of the fingerprinting process and transportation of the defendant contemplated by this Order is not a condition precedent to the extradition of the defendant. This Order does not authorize any delay in the process of the lawful extradition of the defendant to India.

IT IS SO ORDERED.

Date:    6/24/09

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER REGARDING FINGERPRINTING OF DEFENDANT IN CUSTODY
Case No. CR09-90301 MISC JF (RS)           2